UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LOAN ACQUISITIONS COMPANY, an Oregon corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>JEROME W. H. NISWONGER, an individual, et al.<br><br><br>                Defendants. | CASE NO. 20-cv-01113-KJM-DMC<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)<br><br>Date:          August 14, 2020<br>Time:         10:00 a.m.<br>Judge:        Hon. Kimberly J. Mueller<br>Courtroom:  3 |

        Pursuant to Local Rules 230(f), 143, 144(a) of the United States District Court for the Eastern District of California, Plaintiff NATIONAL LOAN ACQUISITIONS COMPANY, an Oregon corporation, ("Plaintiff") and Defendants JEROME W. H. NISWONGER, an individual, in his individual capacity; BRENDA NISWONGER, an individual, in her individual capacity; JEROME W. H. NISWONGER, in his capacity as Trustee of the Jerome W. H. Niswonger and Brenda Niswonger Revocable Trust dated 3-12-99; BRENDA NISWONGER, in her capacity as Trustee of the Jerome W. H. Niswonger and Brenda Niswonger Revocable Trust dated 3-12-99 (collectively "Defendants"), by and through their respective undersigned counsel, HEREBY STIPULATE that:

1. A continuance of the hearing on Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) (the "Motion"), ECF No. 10 be from August 14, 2020 to September 4, 2020, at 10:00, before the Honorable Kimberly J. Mueller (the "Continued Hearing Date").

2. Any Opposition to the Motion shall be filed and served not less than fourteen (14) days preceding the Continued Hearing Date. Any Reply to the Opposition shall be filed and served not less than seven (7) days preceding the Continued Hearing Date.

Dated: July 27, 2020                BERLINER COHEN LLP

                                    */s/ Joshua J. Borger (as authorized on 7/23/2020)*
                                    By: _____
                                        Joshua J. Borger, Esq. (SBN 231951)

                                    Attorneys for Defendants
                                    10 Almaden Blvd., Eleventh Floor
                                    San Jose, California 95113
                                    Telephone: (408) 286-5800
                                    Joshua.Borger@berliner.com

Dated: July 27, 2020                KRAFT LAW

                                    */s/ Douglas H. Kraft*
                                    By: _____
                                        Douglas H. Kraft, Esq. (SBN 155127)

                                    Attorneys for Plaintiff
                                    11335 Gold Express Drive, Suite 125
                                    Gold River, California 95670
                                    Telephone: (916) 880-3040
                                    dkraft@douglaskraft.com

         IT IS SO ORDERED.

         This order resolves ECF No. 18.

DATED: July 27, 2020.

                                    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE