UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LOAN ACQUISITIONS COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME W. H. NISWONGER, an individual, et al.<br><br>Defendants. | CASE NO. 20-cv-01113-KJM-DMC<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(7)<br><br>Date:       August 14, 2020<br>Time:      10:00 a.m.<br>Judge:     Hon. Kimberly J. Mueller<br>Courtroom: 3 |

Pursuant to Local Rules 230(f), 143, 144(a) of the United States District Court for the Eastern District of California, Plaintiff NATIONAL LOAN ACQUISITIONS COMPANY, an Oregon corporation, ("Plaintiff") and Defendants JEROME W. H. NISWONGER, an individual, in his individual capacity; BRENDA NISWONGER, an individual, in her individual capacity; JEROME W. H. NISWONGER, in his capacity as Trustee of the Jerome W. H. Niswonger and Brenda Niswonger Revocable Trust dated 3-12-99; BRENDA NISWONGER, in her capacity as Trustee of the Jerome W. H. Niswonger and Brenda Niswonger Revocable Trust dated 3-12-99 (collectively "Defendants"), by and through their respective undersigned counsel, HEREBY STIPULATE that:

1. A continuance of the hearing on Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(7) (the "Motion"), ECF 11, from August 14, 2020 to September 4, 2020, at 10:00, before the Honorable Kimberly J. Mueller (the "Continued Hearing Date").
2. Any Opposition to the Motion shall be filed and served not less than fourteen (14) days preceding the Continued Hearing Date. Any Reply to the Opposition shall be filed and served not less than seven (7) days preceding the Continued Hearing Date.

Dated: July 28, 2020          BERLINER COHEN LLP


                                  */s/ Joshua J. Borger (as authorized on 7/23/2020)*
                              By: _____
                                  Joshua J. Borger, Esq. (SBN 231951)

                              Attorneys for Defendants
                              10 Almaden Blvd., Eleventh Floor
                              San Jose, California 95113
                              Telephone: (408) 286-5800
                              Joshua.Borger@berliner.com

Dated: July 28, 2020          KRAFT LAW


                                  */s/ Douglas H. Kraft*
                              By:_____
                                  Douglas H. Kraft, Esq. (SBN 155127)

                              Attorneys for Plaintiff
                              11335 Gold Express Drive, Suite 125
                              Gold River, California 95670
                              Telephone: (916) 880-3040
                              dkraft@douglaskraft.com

        IT IS SO ORDERED.

        This order resolves ECF No. 17

DATED:  July 28, 2020.        _____
                              CHIEF UNITED STATES DISTRICT JUDGE