DOUGLAS H. KRAFT, ESQ. (State Bar No. 155127)
JOHN C. McCASLIN, ESQ. (State Bar No. 204983)
KRAFT LAW
11335 Gold Express Drive, Suite 125
Gold River, California 95670
Telephone: (916) 880-3040
Facsimile: (916) 880-3045

Attorneys for National Loan Acquisitions Company

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LOAN ACQUISITIONS COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME W. H. NISWONGER, an individual, et al.<br><br>Defendants. | CASE NO. 20-cv-01113-KJM-DMC<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(7)**<br><br>**Date:** August 14, 2020<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Kimberly J. Mueller<br>**Courtroom:** 3 |

Pursuant to Local Rules 230(f), 143, 144(a) of the United States District Court for the Eastern District of California, Plaintiff NATIONAL LOAN ACQUISITIONS COMPANY, an Oregon corporation, ("Plaintiff") and Defendants JEROME W. H. NISWONGER, an individual, in his individual capacity; BRENDA NISWONGER, an individual, in her individual capacity; JEROME W. H. NISWONGER, in his capacity as Trustee of the Jerome W. H. Niswonger and Brenda Niswonger Revocable Trust dated 3-12-99; BRENDA NISWONGER, in her capacity as Trustee of the Jerome W. H. Niswonger and Brenda Niswonger Revocable Trust dated 3-12-99 (collectively "Defendants"), by and through their respective undersigned counsel, hereby stipulate to a continuance of the hearing on Defendants' Motion to Dismiss Pursuant to FRCP

12(b)(7) (the "Motion") from September 4, 2020 to September 25, 2020, at 10:00, before the Honorable Kimberly J. Mueller (the "Continued Hearing Date").

Any Opposition to the Motion shall be filed and served not less than fourteen (14) days preceding the Continued Hearing Date.  Any Reply to the Opposition shall be filed and served not less than seven (7) days preceding the Continued Hearing Date.

Dated: August 12, 2020			BERLINER COHEN LLP


						        */s/ Joshua J. Borger (as authorized on 7/23/2020)*
						By: _____
						      Joshua J. Borger, Esq. (SBN 231951)

						Attorneys for Defendants
						10 Almaden Blvd., Eleventh Floor
						San Jose, California 95113
						Telephone: (408) 286-5800
						Joshua.Borger@berliner.com

Dated: August 12, 2020			KRAFT LAW


						        */s/ Douglas H. Kraft*
						By:_____
						      Douglas H. Kraft, Esq. (SBN 155127)

						Attorneys for Plaintiff
						11335 Gold Express Drive, Suite 125
						Gold River, California 95670
						Telephone: (916) 880-3040
						dkraft@douglaskraft.com

**IT IS SO ORDERED.**

DATED: August 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE