IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LOAN ACQUISITIONS COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JEROME W.H. NISWONGER, et al.,<br><br>Defendants. | No. 2:20-CV-1113-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Good cause appearing therefor, the initial scheduling conference set for October 7, 2020, before the undersigned in Redding, California, at 10:00 a.m., is vacated pending resolution by the District Judge of defendants' motions to dismiss.

IT IS SO ORDERED.

Dated: September 3, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1